UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Rashad Strickland, | § | |
|           Plaintiff, | § | |
| versus | § | Civil Action H-22-1286 |
| Classic Chevrolet Sugarland, LLC, et al, | § | |
|           Defendant. | § | |

## Partial Conditional Dismissal

1. Having been advised that Rashad Strickland and Trans Union, LLC have settled, Strickland's claims against Trans Union are dismissed with prejudice. Strickland's claims against Classic Chevrolet Sugar Land, LLC remain pending. (25)

2. By February 2, 2023, the parties may move for reinstatement.

3. The Court retains jurisdiction to enforce the settlement.

Signed January 5, 2023, at Houston, Texas.

Lynn N. Hughes
United States District Judge