# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RASHAD STRICKLAND,** § § **Plaintiff,** § § v. § § **CLASSIC CHEVROLET SUGAR LAND, LLC, ET AL.,** § § **Defendants.** § § § § | Civil Action No. 4:22-cv-01286 |

## ORDER

Pending before the Court is a Joint Stipulation of Dismissal with Prejudice of Defendant Trans Union LLC (only). (Dkt. No. 34). After reviewing the Stipulation, and the applicable law, the Court is of the opinion that Plaintiff Rashad Strickland's claims against Defendant Trans Union, LLC's ("Defendant") should be dismissed in accordance with the parties' Stipulation and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is hereby ORDERED that this action be DISMISSED with prejudice as to Defendant Trans Union, LLC only. Each party shall bear its own costs, expenses, and attorney's fees. Plaintiff claims against Defendant Classic Chevrolet Sugar Land, LLC remain before the Court.

It is SO ORDERED.

Signed this  21st  day of  February , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**