United States District Court
Southern District of Texas

**ENTERED**

May 30, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RASHAD STRICKLAND, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-01286 |
| | § | |
| CLASSIC CHEVROLET SUGAR | § | |
| LAND, LLC, *ET AL.*, | § | |
| | § | |
| | § | |
| Defendants. | | |

## ORDER

Before the Court is Plaintiff Rashad Strickland ("Plaintiff") and Defendant Classic Chevrolet Sugar Land, LLC and Trans Union, LLC's ("Defendant") Joint Stipulation of Dismissal with Prejudice. Doc. #42. Plaintiff and Defendant have settled all claims against each other. In accordance with the parties' Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action be DISMISSED with prejudice as to Defendant Classic Chevrolet Sugar Land, LLC. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

May 30, 2023
DATE

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**